UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

                Plaintiff,

– against –

CYNTHIA LAM AND FRANK LAM, *as tenants by the entireties*, and
NECESSARY CLOTHING, INC.,

                Defendants.

**ORDER**

19 Civ. 10317 (ER)

RAMOS, D.J.:

       Plaintiff filed the instant suit against Defendants on November 6, 2019.  Doc. 1.  Plaintiff filed affidavits of service as to all Defendants on December 5, 2019, Docs. 11, 12, and 13, but Defendants have failed to appear.  On February 3, 2020, the Clerk of Court issued a Certificate of Default to Plaintiff.  Doc. 16.  Plaintiff's counsel filed a notice of appearance on February 10, 2020, Doc. 17, but since then there has been no activity in this matter.  Accordingly, Plaintiff is hereby ORDERED to file a status report by December 4, 2020.  Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

       SO ORDERED.

Dated:   November 20, 2020
              New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.