AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Dedra De La Rosa

Plaintiff (s),

V.

Cynthia Lam, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   1:19-cv-10317-ER

Notice is hereby given that, subject to approval by the court,   Cynthia Lam, and Frank Lam   substitutes
(Party (s) Name)

Abraham Hamra , State Bar No. JA1988 as counsel of record in
(Name of New Attorney)

place of   Jerald D. Kreppel
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Hamra Law Group, PC.

Address: 1 Linden Pl, Suite 207, Great Neck, NY 11021

Telephone: (646) 590-0571          Facsimile  (646) 590-0571

E-Mail (Optional): Ahamra@Hamralawgroup.com

I consent to the above substitution.

Date:   4/14/9-021

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/13/2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 15, 2021

Edgardo Ramos, U.S.D.J.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]