®AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN     **District of**     NEW YORK

Dedra De La Rosa

Plaintiff (s),

V.

Cynthia Lam, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   1:19-cv-10317-ER

Notice is hereby given that, subject to approval by the court,   Necessary Clothing, Inc.   substitutes
(Party (s) Name)

Abraham Hamra     , State Bar No.   IA1988   as counsel of record in
(Name of New Attorney)

place of   Jerald D. Kreppel   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Hamra Law Group, PC.

Address:     1 Linden Pl, Suite 207, Great Neck, NY 11021

Telephone:     (646) 590-0571     Facsimile   (646) 590-0571

E-Mail (Optional):     Ahamra@Hamralawgroup.com

I consent to the above substitution.

Date:     4/14/21           
(Signature of Party (s))

I consent to being substituted.

Date:     4/13/2021         *Jerald D. Kreppel*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     4/13/2021         *Abraham Hamra*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     April 19, 2021           
Edgardo Ramos, U.S.D.J.

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**