UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEDRA DE LA ROSA,

                Plaintiff,

      – *against* –

CYNTHIA LAM, ET AL.,

                Defendants.

**ORDER**

19-cv-10317 (ER)

RAMOS, D.J.:

    The Court was advised that mediation in this case was not held, as one or both parties failed to participate or refused to attend. The parties are therefore directed to submit a status report by close of business on Tuesday, April 11, 2023.

It is SO ORDERED.

Dated:   April 7, 2023
             New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.