UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>       Plaintiff,<br><br>-against-<br><br>CYNTHIA LAM, NECESSARY CLOTHING, INC., and FRANK LAM, *as Tenants by the Entireties*,<br><br>       Defendants. | **ORDER**<br><br>19-cv-10317 (ER) |

Ramos, D.J.:

  The parties shall appear for an in-person conference on Thursday, July 27, 2023 at 2:00 PM in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

  It is SO ORDERED.

Dated: July 21, 2023.
    New York, New York

                    _____
                    Edgardo Ramos, U.S.D.J.